STATE OF CONNECTICUT *v.* PAUL CRNKOVIC

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 757 (AC 21233), is denied.

*Steven D. Jacobs,* in support of the petition.

Decided May 15, 2002

NANCY BURTON *v.* JOSEPH DIMYAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 68 Conn. App. 844 (AC 21252), is denied.

*Nancy Burton,* pro se, in support of the petition.

*Stuart M. Ketaineck* and *Karen T. Gerber,* in opposition.

Decided May 15, 2002

STATE OF CONNECTICUT *v.* ROBERT L. HAIR

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 695 (AC 21407), is denied.

*Richard E. Condon, Jr.,* deputy assistant public defender, in support of the petition.

*Gerard P. Eisenman,* senior assistant state's attorney, in opposition.

Decided May 15, 2002